IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
DEC 21 2016
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL ACTION NO.: 3:16-CR-26 (GROH) |
| JONATHAN LEIGH WIENKE, | |
| Defendant. | |

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, JONATHAN LEIGH WIENKE, being charged with making a firearm in violation of the National Firearms Act, in violation of 26 U.S.C. §§ 5822, 5861(f) and 5871 and 18 U.S.C. § 921(a)(24), in the Northern District of West Virginia, and being advised of the nature of the charges in the indictment and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____   21 DEC 2016
JONATHAN LEIGH WIENKE            Date

_____   12/21/16
Counsel for Defendant             Date

Concurrence of the United States Attorney

The United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern Judicial District of West Virginia, by Anna Krasinski, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____
Anna Krasinski
Assistant United States Attorney